IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROCKY BRANDS, INC.,
    et al.,

        Plaintiffs,

vs.

        Case No. C2-08-107
        Judge Edmund A. Sargus, Jr.
        Magistrate Judge Mark R. Abel

GLEN A. BRATCHER,
    et al.,

        Defendants.

## ORDER

The **HEARING** on Defendants' Motion to Enforce the Settlement Agreements, presently scheduled for October 6, 2008, is hereby **VACATED**. By agreement of the parties, the Court will issue its decision based on the parties' written brief, without the need for additional evidence or a hearing. The parties may, but are not required to submit a final **REPLY MEMORANDUM**, not to exceed three (3) pages in length, on or before **OCTOBER 10, 2008.**

    IT IS SO ORDERED.

_10-2-2008_
DATED

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE